AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

GATES GROUP LLC

*Plaintiff(s)*

v.

PNC BANK NATIONAL ASSOCIATION, SUCCESSOR TO NAITONAL CITY BANK

*Defendant(s)*

Civil Action No. 18-CV-1187

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PNC BANK NATIONAL ASSOCIATION, SUCCESSOR TO NAITONAL CITY BANK
The Tower at PNC Plaza – 18th Floor
300 Fifth Avenue
Pittsburgh, Pennsylvania 15222-2401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Cooper & Paroff P.C.
80-02 Kew Gardens Rd.
Suite 300
Kew Gardens, NY 11415

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Douglas C. Palmer
*CLERK OF COURT*

Date: 3/1/2018

s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*